**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

MICHAEL A. STANTON,

      Petitioner,

v.                                           CASE NO. 1:10-cv-00001-MP-GRJ

FLORIDA DEPT. OF CORRECTIONS,
FLORIDA PAROLE COMMISSION,

      Respondents.

_____/

## <u>O R D E R</u>

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 18, 2013. (Doc. 28). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The amended petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (doc. 10) is DENIED.

3.      A certificate of appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the U.S. District Courts.[1]

**DONE AND ORDERED** this   *20th* day of February, 2013

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge

---

[1]Even though Petitioner filed his petition pursuant to § 2241, and the petition does not collaterally attack his state court conviction but instead decisions of the FPC and FDOC, his petition is governed by both § 2241 and § 2254. *See Thomas v. Crosby*, 371 F.3d 782, 787 (11th Cir. 2004).